UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| Case No. | 5:26-cv-04441-HDV-AS | Date | August 7, 2026 |
|---|---|---|---|
| Title | *Alfredo Barrera Renteria v. David Venturella, et al.* | | |

Present: The Honorable   Hernán D. Vera, United States District Judge

| Wendy Hernandez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

Proceedings:   **(IN CHAMBERS) ORDER GRANTING EMERGENCY MOTION [2] AND SETTING BRIEFING SCHEDULE ON PETITION**

Petitioner Alfredo Barrera Renteria ("Petitioner"), proceeding in pro per, filed a Petition for Writ of Habeas Corpus on August 6, 2026 ("Petition"). [Dkt. 1]. That same day, Petitioner filed an *Emergency Motion for* Temporary Restraining Order and Preliminary Injunction ("Motion"). [Dkt. 2]. The Motion is supported by a declaration from Petitioner ("Declaration"), signed under penalty of perjury. *Id.* at 6–9. In his Motion, Petitioner requests that the Court enjoin Respondents from removing Petitioner from the United States or from transferring Petitioner out of this district, while his Petition is pending. *Id.* at 5.

Petitioner is a native and citizen of Mexico who came to the United States on October 28, 1970. Declaration ¶ 1. He entered the United States lawfully in or about August 2009 with a valid B1/B2 visitor visa at the San Ysidro port of entry, where he was inspected and admitted. *Id.* ¶ 2. Petition was arrested on October 27, 2025, and he has been in immigration detention in the Desert View Annex facility in Adelanto, California. *Id.* ¶ 4. Prior to that October 2025 arrest, Petitioner had never been arrested for a crime, charged with a crime, nor convicted of a crime. *Id.* ¶ 3.

On March 9, 2026, Petitioner, pro per, filed a petition for writ of habeas corpus ("First Petition"). *Alfredo Barrera Renteria v. Todd Lyons, et al.*, 5:26-cv-01086-HDV-AS (C.D. Cal. Mar. 9, 2026). The First Petition was granted on June 11, 2026. *See* [Dkt. 18]. Petitioner received an individualized bond hearing before an immigration judge on June 15, 2026. *See* [Dkt. 20]. The immigration judge denied Petitioner's release. Declaration ¶ 6. Prior to that hearing, Petitioner was denied release on May 6, 2026, by an immigration judge. *Id.* Petitioner has remained in custody at Adelanto ICE Processing Center ("Adelanto") since his March 9th arrest. As a result of his

continued detention, Petitioner declares he is experiencing difficulties monitoring and managing his chronic condition of high blood pressure. *Id.* ¶ 5.

Respondents are ordered to file a response to the Application, which the Court construes as a request for a Preliminary Injunction, by **August 11, 2026**. Respondents must file, concurrently with their response, a copy of the immigration judges' orders related to Petitioner's May 6, 2026 and June 15, 2026 bond hearings. The Court will hear oral argument on the Application on **August 13, 2026, at 1:30 p.m. Respondents are ordered to ensure that Petitioner is physically present at that hearing.**

In the interim, based on the Court's inherent powers to preserve the status quo, Respondents are hereby ***enjoined*** from deporting Petitioner from the United States and ***enjoined*** from removing Petitioner outside the Central District of California. *See Cal. Energy Comm'n v. Johnson*, 767 F.2d 631, 634 (9th Cir. 1985); *United States v. United Mine Workers of Am.*, 330 U.S. 258, 293 (1947); *Belbacha v. Bush*, 520 F.3d 452, 456 (D.C. Cir. 2008).

Respondents are further ordered to disseminate this Order to the immigration agents in charge of processing Petitioner, to place a copy of this Order in **Petitioner Alfredo Barrera Renteria's A-File (A# 246-060-230) in the Adelanto ICE Detention Facility**, and to provide Petitioner with a physical copy of this Order.

The Court refers the case to the Federal Public Defender ("FPD") for consideration of appointment of counsel for Petitioner. The FPD is ordered to file a response indicating whether they will represent Petitioner in this matter by **August 13, 2026,** or to appear at the hearing. This obligation shall be satisfied if the FPD files a notice of appearance in this case. The Clerk of Court is directed to serve a copy of this order on the FPD.

**IT IS SO ORDERED.**

**cc: Jonathan Aminoff, FPD non-capital habeas chief**